United States District Court
Southern District of Texas
**ENTERED**
October 12, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IDA JOHNSON HOUSTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-4431 |
| | § | |
| TEXAS DEPARTMENT OF AGRICULTURE, and COMMISSIONER SID MILLER, in his official capacity, | § § § § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

For the reasons set forth in the Memorandum and Order entered June 5, 2019, and the separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED that Ida Johnson Houston take nothing on her claims against Defendants Texas Department of Agriculture and Commissioner Sid Miller, in his official capacity, and Plaintiff's claims are DISMISSED on the merits with prejudice.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 12th day of October, 2020.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE